**Motion Granted, Petition for Writ of Mandamus Dismissed, and Memorandum Opinion filed June 26, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00439-CV

### IN RE KIMBERLEIGH (ROGERS) SALAZAR, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-66504**

### MEMORANDUM OPINION

On June 9, 2014, relator Kimberleigh Salazar filed a petition for writ of mandamus with this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In her petition, relator asks this Court to compel the Honorable Sheri Y. Dean, presiding judge of the 309th District Court of Harris County, to rule on competing motions to transfer venue.

On June 20, 2014, relator filed an unopposed motion to dismiss this original proceeding because the trial court ruled on the competing motions to transfer venue. Relator's motion is granted.

Accordingly, relator's petition for writ of mandamus is ordered dismissed.


PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.